FLORENCE MITCHELL et al., Appellants, *v.* ADAM HAT STORES, INC., Respondent, et al., Defendants.

Argued October 22, 1952; decided November 25, 1952.

*Robert E. Curran* for appellants.

*Archie B. Morrison, William S. O'Connor, Robert A. Dwyer* and *Gregory A. Lee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.